IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BOYD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 06-491 |
| SUPERINTENDENT MIKE | : | |
| WENEROWICZ, et al. | : | |

### ORDER

AND NOW, this 7th day of May, 2014, upon independent consideration of the Petition for Writ of Habeas Corpus, the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin:

1. The Report and Recommendation is approved and adopted.

2. The petition for writ of habeas corpus is denied with prejudice and dismissed without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. Petitioner's objections are overruled.[1]

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] Petitioner's counsel reports that petitioner was released from prison on January 25, 2010. He is currently on probation.